UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

Plaintiff(s): **Center for Biological Diversity**

Defendant(s): **U.S. Fish and Wildlife Service ; Martha Williams , Director of the U.S. Fish and Wildlife Service; Deb Haaland , Secretary of the U.S. Department of the Interior**

County of Residence: Pima

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Pima

Plaintiff's Atty(s):

**Camila Cossío** ( Center for Biological Diversity )
**Center for Biological Diversity**
P.O. Box 11374
Portland, Oregon  97211-0374
971-717-6427

**Brian Segee** ( Center for Biological Diversity )
**Center for Biological Diversity**
226 W. Ojai Ave., Ste. 101-442
Ojai, California  93023-3278
805-750-8852

Defendant's Atty(s):

II. Basis of Jurisdiction:           **2. U.S. Government Defendant**

III. Citizenship of Principal Parties **(Diversity Cases Only)**
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**

IV. Origin :           **1. Original Proceeding**

V. Nature of Suit:           **893 Environmental Matters**

VI.Cause of Action:	16 U.S.C. §§ 1531-1544. Agency failure to issue final rules on 13 species.

VII. Requested in Complaint
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **No**

VIII. This case **is not related** to another case.

---

**Signature:**  /s/ Camila Cossío

    **Date:**  3/7/2023

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014