Camila Cossío (OR Bar No. 191504)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: 971-717-6427
ccossio@biologicaldiversity.org
Admitted Pro Hac Vice

Brian Segee (Cal. Bar No. 200795)
Center for Biological Diversity
226 W. Ojai Ave., Ste. 101-442
Ojai, CA 93023-3278
Phone: 805-750-8852
bsegee@biologicaldiversity.org
Admitted Pro Hac Vice

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**TUCSON DIVISION**

| | |
|---|---|
| Center for Biological Diversity, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-00113-JCH |
| U.S. Fish and Wildlife Service, *et al.*, | ) **AFFIDAVIT OF SERVICE** |
| Defendants. | ) |

I hereby certify that on March 9, 2023, copies of the Complaint and court-issued Summons were sent to the following parties via USPS Certified Mail, electronic return receipt requested, pursuant to Federal Rules of Civil Procedure Rule 4(i)(1)(A)(ii), (i)(2):

**U.S. Fish and Wildlife Service**
1849 C Street NW
Washington, DC 20240-0001
(Tracking No. 9414811899562769784930)

**Martha Williams, Director**
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240-0001
(Tracking No. 9414811899562769784664)

**Deb Haaland, Secretary**
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240-0001
(Tracking No. 9414811899562769784695)

**U.S. Attorney c/o Civil Process Clerk**
405 W Congress Street, Ste. 4800
Tucson, AZ 85701-5040
(Tracking No. 9414811899562769784671)

**Merrick B. Garland, Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009
(Tracking No. 9414811899562769780550)

Defendants U.S. Fish and Wildlife Service, Martha Williams, and Deb Haaland received the documents on March 14, 2023. The U.S. Attorney's Office for the District of Arizona also received the documents on March 14, 2023. The U.S. Attorney General's Office received the documents on March 15, 2023. Return receipts and delivery confirmation verifying this information are attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

1 | Respectfully submitted and dated this 17th day of March, 2023.

/s/ Camila Cossío
Camila Cossio (OR Bar No. 191504)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: 971-717-6427
ccossio@biologicaldiversity.org
Admitted *Pro Hac Vice*

*Attorney for Plaintiff*