# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity,<br><br>  Plaintiff,<br><br>v.<br><br>United States Fish and Wildlife Service, et al.,<br><br>  Defendants. | No. CV-23-00113-TUC-JCH<br><br>**ORDER** |

Before the Court is the Parties' Stipulation of Dismissal and Settlement Agreement (Doc. 23). Having reviewed the Stipulated Settlement Agreement, and good cause appearing,

**IT IS ORDERED APPROVING** the Stipulated Settlement Agreement (Doc. 23).

**IT IS FURTHER ORDERED**, pursuant to Federal Rule of Civil Procedure 41 and Paragraph 16 of the Stipulated Settlement Agreement, that this case is **DISMISSED WITH PREJUDICE**, with the Court retaining jurisdiction to oversee compliance with the terms of the Stipulated Settlement Agreement, to resolve any motions to modify such terms, and to decide any motion for attorneys' fees and costs.

Dated this 25th day of April, 2024.

John C. Hinderaker
United States District Judge